# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1554
LT Case No. 2023-SC-044758

_____

JUANA RODRIGUEZ,

Appellant,

v.

LONGWOOD AUTO ACQUISITIONS
I, INC.,

Appellee.

_____

On appeal from the County Court for Brevard County.
Kathryn C. Jacobus, Judge.

Larry Freeman, of Big Deal Law, Melbourne, for Appellant.

George Brock Magruder and Eisele Ibarra, of DownsAaron, PLLC,
Orlando, for Appellee.


January 13, 2026


PER CURIAM.

AFFIRMED.


MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____